IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

MAR ? 2001

MARKUS B. ZIMMER, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| BRIAN SEAMONS, <br><br>Plaintiff, <br><br>vs. <br><br>DOUGLAS SNOW, and CACHE COUNTY SCHOOL DISTRICT, <br><br>Defendants, | VERDICT FORM <br><br><br><br>Case No. 1:94-CV-04-ST |

We, the jury, being duly sworn, present our answers to questions submitted by the Court, to which we have unanimously agreed.

1. Did Plaintiff Brian Seamons prove by a preponderance of the evidence that Coach Snow violated his constitutional right by denying him a benefit of participation on an athletic team in violation of his right to free speech?

   __X__ Yes    _____ No

If your answer to question No. 1 is "Yes", go on to question No. 2. If your answer to question No. 1 is "No," have the forepereson sign the verdict form and notify the bailiff.

2. What amount of damages, if any, should Plaintiff Brian Seamons be awarded for the violation of his First Amendment right to free speech?

   $250,000.00

1

131

Please have your foreperson sign and date this verdict form and notify the bailiff.

DATED this 23 day of March, 2001.

*Jennifer Henke*
JURY FOREPERSON