AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

Central Division for the District of Utah

FILED
CLERK, U.S. DISTRICT COURT
-9 APR 01 PM 12: 47
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

Brian Seamons

v.

Douglas Snow

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:94-cv-0004 ST

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

Coach Douglas Snow violated Brian Seamons constitutional right by denying him a benefit of participation on an athletic team, in violation of his right to free speech. Brian Seamons is awarded $250,000.00 in damages for the violation of his First Amendment right to free speech.

April 9, 2001
*Date*

Markus B. Zimmer
*Clerk*

Entered on docket
4-9-01 by:
_____
Deputy Clerk

(By) Deputy Clerk

136

```
                                                           tsi
             United States District Court
                        for the
                   District of Utah
                   April 9, 2001


         * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  1:94-cv-00004



True and correct copies of the attached were either mailed or faxed by the
clerk to the following:


       Dan R. Larsen, Esq.
       UTAH ATTORNEY GENERAL'S OFFICE
       160 E 300 S
       PO BOX 140811
       SALT LAKE CITY, UT  84114-0856
       JFAX 9,3660101

       Mr. Gary O McKean, Esq.
       DAVIS COUNTY ATTORNEY'S OFFICE
       800 W STATE STREET
       PO BOX 618
       FARMINGTON, UT  84025
       JFAX 8,801,4514348

       Mr. Robert R Wallace, Esq.
       PLANT WALLACE CHRISTENSEN & KANELL
       136 E S TEMPLE STE 1700
       SALT LAKE CITY, UT  84111-2970
       JFAX 9,5319747
```